No. 1268, Misc. CANNON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Leon B. Polsky* for petitioner.

No. 1275, Misc. MILLER *v.* THORN, EXECUTRIX. C. A. D. C. Cir. Certiorari denied. *Charles William Freeman* for petitioner.

No. 1278, Misc. GREER *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1279, Misc. SILVER *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1280, Misc. FURTAK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1286, Misc. RUCKER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1288, Misc. MACE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 1292, Misc. MAYBERRY *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Martin J. Queenan* for respondent.

No. 1294, Misc. BROWN *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 1297, Misc. MYRICK *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1304, Misc. SULLIVAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.